

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

March 21, 1946

Honorable P. L. Marquess
County Auditor, Wharton County
Wharton, Texas

Opinion No. O-7162
Re: Issuance of Stadium
Revenue Bonds.

Dear Mr. Marquess:

We acknowledge receipt of your letter of March 20, wherein you request an opinion from this office on the following question:

"1. Where the trustees of an Independent School District has determined a stadium to be a necessary and accepted part of the schools curriculum and facilities in said district, may such facilities as a stadium be constructed by the issuance of revenue bonds."

Your attention is called to the provisions of Article 2802e-1, Vernon's Annotated Civil Statutes, as amended, Acts of 1945, 49th Legislature, page 406, Chapter 261, Section 1. Independent School Districts, by the provisions of this Article, are authorized to build or purchase buildings and grounds located within or without the district or city, for the purpose of constructing gymnasis, Stadia, and other recreation facilities by the issuance of revenue bonds in accordance with the provisions thereof. Under this law the trustees of a school district are authorized to erect a stadium by the issuance of bonds to be paid wholly from revenues obtained from the operation of such stadium. However, we call you attention to the fact that no bonds may be issued in accordance with this Act after two years from May 28, 1945, its effective date.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

BY: /s/ Claud O. Boothman
Assistant

APPROVED MAR 22 1946
/s/ Grover Sellers
ATTORNEY GENERAL OF TEXAS

COB:V:RLT
APPROVED OPINION COMMITTEE
BY BWB, CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT